ROBERT L.STEVENSON
(plaintiff)

V.

COMMISSIONER OF DEPARTMENT
OF CORRECTION:Angel QUIROS,
WARDEN OF CORRIGAN C.I.:MARTIN,
A.R.C. AT CORRIGAN C.I.:KING,
D.S.D. AT CORRIGAN C.I.:Santiago and
A.D.S. AT CORRIGAN C.I.:HARTNETT
(DEFENDANTS)

: UNITED STATES DISTRI
-CT OF CONNECTICUT
COURT

: AT 141 Church Street
: 450 Main Street
: NEW HAVEN CT. 06510

SCANNED at
and Emailed
10/7/20 by [initials] . 15 pages
date initials No.

CIVIL ACTION No.________

1.) This is a civil action autnirized by 42U.S.C. section 1983 to redress the deprivation under color of state law,of rights secured by the constitution of the united states. T he court has jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3). Plaintiff seeks declatory relief,pursuant to 28U.S.C. section 2201 and 2202. Plaintiff's claim for injunctive relief are authorized by 28U.S.C. section 2283,2284 and rule 65 of Federal rules of civil procedure and money damages.

2.) The 2nd District of connecticut court at 141 Church st. 450 Main st.,New Haven,ct. 06510 is appropriate venue under U.S.C section 1391(b)(2)because it is where the events giving rise to this claim occurred.

Plaintiff,Robert L.Stevenson is and was at all times mentioned herein a prisoner of the state of connecticut,in the custody of the department of corrections.

He/is currently confined in Corrigan C.I./Norwich-Newlondon ct.

Defendants,

1# Commissioner of Department of Corrections:Angel Quiros

2# Warden of Corrigan C.I.:Martin

3# A.R.C. at Corrigan C.I.:King

4# Director of Security division at Corrigan C.I.:SANTIAGO

5# Acting Director of security at Corrigan C.I.:Hartnett

1. Commissioner Angel Quiros,is the commissioner of all correct-ions facilities in connecticut. He's legally responseable for the overall operations of the deparment and each institution under it-s jurisdiction,including Corrigan C.I. where the plaintiff is confined at.

2. Warden Martin,is the Superintendent of Corrigan C.I. . He's legally responseable for the operations in Corrigan C.I. and the welfare for all the inmates in the prison,attending to publicat-ion ,discrimination,etc. claims made by prisoners needing help with grievances.

3. King,is the Administrative Remedies Cordinator at Corrigan C.I Her job duties consist of but not limited to approving and reject-ing publications. On July 14,2020 and July 28,2020 the Defendant King was in her official capacity as a connecticut D.O.C. Employe-e

4. Santiago,is the Director of Security Division at Corrigan C.I. . His duties consist of but not limited to over seeing security risk in the D.O.C. at all times. He was in his official capacity as a connecticut D.O.C. Employee.

5. Hartnett, is the Acting Director of Security. The Defendant's duties consist of but not limited to over seeing publications thats been denied than appealed to the security divison. On August 12,2020 and the 21st the Defendant rejected the plaintiff'-s appeal. The defendant at all times was acting in its official capacity as a connecticut D.O.C. Employee.

Defendant #1, is being sued in his offical capacity for he acts under the color of state law.

Defendant #2, is being sued in his official capacity for he acts under the color of state law.

Defendant #3, is being sued in her individual and official capacity.

Defendant #4, is being sued in his individual and official capacit-y.

Defendant #5, is being sued in his individual and official capacit-y.

being all defendants acts under the color of state law.

Facts of claims:

1. On july 15,2020 the plaintiff was giving a publication rejection notice from Defendant King,for one of plaintiff's publications where pages was ripped out also got notice that another one of plaintiff publications was sent to review.

2. On july 16,2020 plaintiff wrote a grivence and appeal about the pages that got ripped out of his publications. Defendant king stated due to sexually explicit material.plaintiff ask what was the reason because Defendant King never gave a detailed explanation of the rejection.

3. On August 21,2020 plaintiff recieved back his appeal from the Defendant Hartnett,stating it been denied because of sexual activity,also it posses a threat to the security good order,or discipline of the facility.

4. On July 29,2020 plaintiff was given publication rejection notice from Defendant King,rejecting plaintiff's publication in its entirety stating sexually explicit material on the same day plaintiff wrote a appeal and grievence asking why did Defendant king reject it. Defendant King never gave a detailed explanation of the reason for rejection.

5. On August 12,2020 the Defendant Hartnett,denied plaintiff appeal ststing sexually explicit material.

6. The Defendant King and Hartnett states that plaintiff publicattons poses a threat to security,good order or disciline of the facility and that's why publications was rejeted,yet it is well known that Defendants,King and Hartnett lets other publications such as the Authors,James Patterson,Jackie Collins,Brad Thor and Vince Flynet into the facility;They not only allows these authors books into the prison,they provide them in the prisoner's library.

7. The Defendants,King and Hartnett,states because the plaintiff's publications has sexually explicit material as the reason for rejecting,yrt allows the publications of"Letters to Penthouse' into the facility in its entirety knowing the publication consist of written sexually explicit activity.

The defendants states plaintiff's publication has 11pgs. of content. But the 'Letter to Penthouse Publication' from front to back consist of the same written sexually explicit activity and isn't considered a security risk. Letters to Penthouse is a white own buisness.

8. The Defendants,King and Hartnett,lets in publications by Jackie Collins knowing her work depicts the same written sexually explicit material as the plaintiff's rejected publications,never labeling them as a security risk. Jackie Collins is a white female.

9. The Defendants,King and Hartnett,allows into the facility publications by Authors,Brad Thor,vince flynet and James Patterson when their material is all about murders,terrison and nicen

assassins who plot to kill high ranking pepole in society. The Author James Patterson's publications is well known for depicting sexually activity that involes the use of force without consent, revenge killing, serial killers, rape, kidnapping, taking over prison -s and killing women, though is not considered a security risk, yet these defendants doesn't reject them, for they clearly could be a threat to security, good order or discipline of the facility and goes against (A.D. 10.7 Inmate Communication). Authors: James Patte -rson, Fred Thor and Vince Flynet are all white males.

1

10. The plaintiff have been ordering publications from the same publisher for years. Its well known that the publisher works on having a friendly prison magazine. The plaintiff is a black male and the publisher he orders from is one aswell. Toreject the pla -intiff's publication from a black own publisher and allow the publications of a white own publisher that publishes the exact kind of material clearly Discriminates against the plaintiff and the black owned businesses he wishes to purchase his books from.

## Exhaustion of Legal Remedies:

1. I Robert L. Stevenson, Inmate#405287 used the prisoner grievance procedure available at Corrigan c.i. .

2. On 7-16-2020 and 7-2[illegible]-2020 I presented the facts relating to this complaint.

3. On 8-12-2020 and the 21st I did get a response.

4. The responses said that my appeal had been denied and that the decision to reject my publications will be upheld.

5. I have exhausted the D.O.C's Administrative Remedies.

## LEGAL CLAIMS.

1.) My first Amendment constitutional right of freedom of expression was violated.

2.) When Defendant King and Defendant Hartnett, rejected my publication. This violates my first Amendment right.

3.) I was denied the ability to read from my publication when it was rejected because of a policy that violates my right under U.S. Constitutional and connecticut constitution.

4.) My fourteenth Amendment rights was violatied.

5.) When Defendant King and Defendant Hartnett rejected my publication and approves other publications that has the same style and exact kind of content.

6.) When Defendant King and Defendant Hartnett rejects my publication and allows the white owned publishers who's content is similar to the black owened publisher's content shows a clear case of (discrimanation) against black pepole and black buisnesses.

7.) My rights to not be discriminated against in any form was violated when the listed Defendants chose to allow other publishers who's well known to the publications circles for their eplicit, sexual, murderous and what you forsurely could call and lable a threat to the pison, guards, system, etc., yet singled out the black owned publishers I chose to purchase my books from. This violates my U.S. and Connecticut Constitutional rights.

PRAYER OF RELIEF:

wherefore, plaintiff respectfully prays that this court enters judgement granting plaintiff:

1.) A declaration that the acts and ommissions described here in violated plaintiff's rights under the constitutional laws of the united states.

2.) A prelimanary and permenent injunction ordering defendants to stop rejecting publications from publishers and to allow plaintiff to get his publications in its entirety.

3.) Compensatory damages in the amount of $20,000.00 Twenty-thousand dolliars, against defendant#3.

4.) Compensatory damages in the amount of $20,000.00 Twenty-thousand dolliars, against defendant#4

5.) Compensatory damages in the amount of $20,000.00 Twent-thousand dolliars, against defendant#5.

6.) Punitive damages in the amount of $5,000.00 Five-thousand-dolliars, against defendant#4

7.) Punitive damages in the amount of $5,000.00 Five-thousand-dolliars, against defendant#3

8.) Punitive damages in the amount of $5,000.00 Five-thousand-dolliars against defendant#5

9.) Reward plaintiff with a DS Console including games.

10.) A jury trial on all issues to be tried by jury.

11 ) Plaintiff cost in these legal fees(suit).

12.) Any additional relief this court deems just,proper and equitable.

Dated:, ______________________
Respectfully submitted,

Robert L. Stevenson
plaintiff's signature,

Robert L. Stevenson
9?5 Norwhich-Newloudon Tpke.
Uncasville,ct. 06382

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Corrigan C.I., Norwich-Newlondon, ct. on,

Date, ________________,

Signature, Robert L. Stevenson
Robert L. Stevenson#405287

THE SUMMONS.

ROBERT L STEVENSON/405287

v.

COMMISSIONER OF DEPARTMENT OF CORRECTIONS:ANGEL QUIROS, WAEDEN OF CORRIGAN C.I.:MARTIN, A.R.C. AT CORRIGAN C.I.:KING, D.S.D. AT CORRIGAN C.I.:SANTIAGO AND A.B.S. AT CORRIGAN C.I.:HARTNETT

UNITED STATES DISTRICT COURT:
141 Church street
450 main street
New Haven,ct. 06510

SUMMONS
CIVIL ACTION NO.______________

To the above named defendants.

You are hereby summoned and required to serve upon plaintiff's whose address is 986 Norwhich-Newlondon Tpke.,Uncasville,ct. 06382,an answer to the complaint which is herewith served upon you,exclusive of the day of service,or 60days if the U.S. goverment of officer/agent thereof is a defendant.

If you fail to do so,judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the court,

DATE,__________________________,

ROBERT L.STEVENSON/405287
985 Norwhich-Newlondon TPKE.
Uncasville,ct.06382

Dear clerk at the court,

I am requesting that you send me the required forms that I must file inorder to request appointment of counsel,and to be able to proceed in forma pauperis.

THANK YOU!